UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:15-CR-00172-BO-2

UNITED STATES OF AMERICA          )
                                  )
          V.                      )          ORDER
                                  )
ANTOINE DEWAYNE MYLES             )

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Adopt and Join co-defendant Lemont Jerrone Webb's Motion for release of Brady material, Motion for Disclosure of Government Trial Exhibits, Motion in Limine to Exclude non-testifying co-defendants statements, Motion in Limine to exclude lay opinion testimony, Motion to Sequester, Motion for Disclosure of 404(b) evidence, and Motion to identify informant [D.E. 689-692, 694, 695, 698].

IT IS, THEREFORE ORDERED that Defendant's Motion to Adopt the above referenced motions filed by Defendant Lemont Jerrone Webb is GRANTED.

This the 8 day of Feb , 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE