IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-172-2-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANTOINE DEWAYNE MYLES | ) | |

This cause comes before the Court *sua sponte* following its continuance of defendant Antoine Myles' arraignment and appointment of new counsel on defendant's motion. [DE 791]. The Court finds that the ends of justice served by the continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore any delay caused shall be excluded pursuant to 18 U.S.C. 3161(h).

SO ORDERED this the 20 day of April, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE