UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:15-CR-172-2BO

United States of America

vs.                                                          ORDER

Antoine Dewayne Myles

IT IS HEREBY ORDERED that the following jury trial exhibits be returned to **Sgt. Kevin Dickinson, DEA/TFO,** and remain in his custody through any proceeding on appeal or review.

Government's Exhibits:
#68 - Cocaine
#102 - Cocaine
#103 - Cocaine
#104 - Cocaine
#105 - Cocaine
#106 - Documents
#107 - Plate
#108 - Bags of cocaine
#128 - Cocaine base
#129 - Cocaine base
#130 - Cocaine base
#131 - Cocaine base

Agent: _____

This __7__ day of ~~February~~ March, 2018.

_____
TERRENCE W. BOYLE, US District Judge