IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-172-2BO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| ANTOINE DEWAYNE MYLES | : |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the guilty verdict by a jury as to defendant, Antoine Dewayne Myles, on March 7, 2018, as to offenses in violation of 21 U.S.C. §§ 841(a)(1) and 846; Money Laundering Conspiracy, specifically, 18 U.S.C. § 1956(h); and Money Laundering, specifically, 18 U.S.C. § 1957, and entry of the special verdict by a jury as to the defendant's interest in certain personal property, the Court finds that the following property is hereby forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982:

**Personal Property**

1) One 2008 Suzuki Motorcycle - VIN: JS1GX72AX82109455;

2) One 2005 Cadillac CTS HI FEAT - VIN: 1G6DP567050165118;

3) One 2004 Cadillac CTS 4-Dour - VIN: 1G6DM577840189575;

4) One 2003 Hummer - VIN: 5GRGN23U83H119476;

5) One 2004 GMC Envoy - VIN: 1GKES12S546178613;

1

6) One 2003 Suzuki Motorcycle - VIN: JS1GT75A132110543;

7) One 2002 DRW Super Duty Truck - VIN: 1FTWW32F42EA65208; and

8) One 2000 Cadillac Escalade - VIN: 1GYEK13R1YR102361;

AND WHEREAS, by virtue of said guilty verdict and special verdict, the United States is now entitled to possession of said property, as allowed by Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the guilty verdict and special verdict by a jury as to the defendant, Antoine Dewayne Myles, the United States is hereby AUTHORIZED to seize the above-stated personal property, and the property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is final as to the defendant at sentencing.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. Pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose

of the property in such manner as the Attorney General or the Secretary of Treasury, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982, as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED. This _11_ day of _June_, 2018.

_____
TERRENCE W. BOYLE
United States District Judge