IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:15-CR-00172-M-2

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ANTOINE DEWAYNE MYLES,<br><br>        Defendant. | ORDER |

Upon Motion of the Defendant and for good cause shown, it is hereby ORDERED that the Defendant's Sentencing Memorandum [DE-1326] in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

SO ORDERED this the 7th day of July, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE