IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DIVISION
Criminal No. 5:15-cr-172-2M
Civil No. 5:23-cv-302-M

ANTOINE DEWAYNE MYLES,                    )
                                          )
          Petitioner,                     )
                                          )          ORDER
v.                                        )
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
          Respondent.

The court, having examined petitioner's motion pursuant to Rule 4(b) of the Rules

Governing § 2255 Proceedings, DIRECTS the United States Attorney to file an Answer pursuant

to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to

the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)**

days of the filing of this order.

SO ORDERED this 13th day of June, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE